JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SETH HERNANDEZ, | No. CV 21-03951-RGK-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| M. POWLER, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is untimely, and this action dismissed with prejudice.

Date: July 29, 2021

R. GARY KLAUSNER
United States District Judge